```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF ILLINOIS
                      EASTERN DIVISION
```

DANIEL F. DUANE #N36278,          )
                                  )
            Plaintiff,            )
                                  )
    v.                            )    No. 11 C 3180
                                  )
WARDEN MARCUS HARDY,              )
                                  )
            Defendant.            )

<u>MEMORANDUM ORDER</u>

When respondent Warden Marcus Hardy's counsel presented a motion to dismiss the Complaint brought by Daniel Duane ("Duane")--a Complaint that is an identical reprint of other inmates' complaints challenging virtually every aspect of the conditions at Stateville Correctional Center ("Stateville," where Duane is in custody)--this Court conducted a status hearing (with Duane participating telephonically) in which it initially stated its intention to grant that motion. But when Duane then stated that he had recently filed a response to the motion (a response that had not yet reached this Court's chambers), a decision on the motion was deferred pending this opportunity to review that response when received.

That has now taken place, and this Court has concluded that a reply from Warden Hardy is needed. It is so ordered, with the reply to be filed on or before December 27, 2011.[1]

                                             _____
                                             Milton I. Shadur
Date: December 5, 2011     Senior United States District Judge

---

[1] This Court had originally denied Duane's request for the appointment of counsel because of his failure to comply with the requirements for that relief. Importantly, such a supplicant must show not only his financial inability to pay counsel but also the efforts that he has undertaken to obtain counsel on his own.