IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DANIEL F. DUANE #N36278,           )
                                   )
         Plaintiff,                )
                                   )
    v.                             )    No.  11 C 3180
                                   )
MICHAEL LEMKE,[1] Warden,          )
                                   )
         Defendant.                )

## MEMORANDUM ORDER

This Court has just completed its case-by-case review of all of the actions that are listed on a printout of the cases listed as pending on its calendar (a procedure that this Court ordinarily undertakes twice a year to see whether any of those cases has figuratively fallen between the cracks in the sense of total inactivity since the most recent predecessor review). That procedure has revealed that the last docket entry in this case goes back almost exactly a year, when pro se plaintiff Daniel Duane ("Duane") expressed his intention to file an Amended Complaint--but Duane has been totally quiet since that time, and this Court has no way of knowing whether that quietude signals an intention on Duane's part to abandon his lawsuit, calling for its dismissal for want of prosecution.

Accordingly this Court will wait until March 26 to hear from Duane. If no response is forthcoming from him by that date, this

---

[1] Because Michael Lemke has succeeded Marcus Hardy as the Warden at Stateville Correctional Center, this case caption has reflected his substitution as respondent.

action will indeed be dismissed--but without prejudice.

_____
Milton I. Shadur
Senior United States District Judge

Date: March 4, 2013